**Original filed 12/8/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. ROGERS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DARREL G. ADAMS, Warden,<br><br>　　　　Respondent. | No. C 05-0069 JF (PR)<br><br>ORDER OF DISMISSAL<br>WITH LEAVE TO AMEND |

　　　　Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion to proceed in forma pauperis. Petitioner then filed a letter with the Court stating that he would like to add a supplement to the instant petition. It was unclear from Petitioner's letter whether he intended to add a new claim to the petition, or whether he wanted to file additional documents or authority to support his original seven claims. Accordingly, in its initial order, the Court granted Petitioner's motion to proceed in forma pauperis and granted Petitioner's request to supplement the petition. The Court noted that if Petitioner intended to add a new claim to the original petition he should file an amended petition. Because an amended petition

Order of Dismissal with Leave to Amend
P:\pro-se\sj.jf\hc.05\Rogers069dwlta　　　　　　1

1  completely replaces the original, the Court instructed Petitioner to include all the claims
2  and facts he wishes to present in the amended petition.  See Ferdik v. Bonzelet, 963 F.2d
3  1258, 1262 (9th Cir.), cert. denied, 113 S. Ct. 321 (1992).
4      Thereafter, Petitioner filed an amended petition, containing three claims, none of
5  which were presented in his original petition.  In Petitioner's original petition, filed on
6  January 6, 2005, he alleges seven claims for relief.  In his amended petition, filed on
7  August 5, 2005, petitioner alleges three claims for relief.  It is unclear whether Petitioner
8  intended to replace the original petition with his amended petition or whether Petitioner
9  intends to present all of these claims in the instant federal habeas action.  Therefore, the
10 Court will DISMISS the amended petition with leave to amend to allow Petitioner to file
11 a second amended petition including all of the claims he wishes to present in one petition,
12 as set forth below.

## CONCLUSION

14  1.   The amended petition for a writ of habeas corpus (docket no. 5) is
15 DISMISSED with leave to amend within **thirty days** from the date this order is filed.
16 Petitioner may file a second amended petition, and shall include the caption and civil case
17 number used in this order (C 05-0069 JF (PR)) and the words "SECOND AMENDED
18 PETITION" on the first page.  Because an amended petition completely replaces the
19 original petition, Petitioner must include in it all the claims he wishes to present.  Ferdik
20 v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir.), cert. denied, 113 S. Ct. 321 (1992).
21 Petitioner may not incorporate any material, such as declarations or transcripts, from the
22 original petition by reference.  He must file all supporting documents he wishes to include
23 with the amended petition.  If Petitioner fails to amend within the designated time, the
24 Court will proceed with the three claims in the amended petition.
25  2.   It is Petitioner's responsibility to prosecute this case.  Petitioner must keep
26 the Court informed of any change of address by filing a separate paper with the clerk
27 headed "Notice of Change of Address."  He must comply with the Court's orders in a
28 timely fashion or ask for an extension of time to do so.

1  Failure to comply may result in the dismissal of this action pursuant to Federal Rule of
2  Civil Procedure 41(b).
3      IT IS SO ORDERED.
4  DATED: __12/8/06_____

                                   JEREMY FOGEL
5                                    United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Dismissal with Leave to Amend
P:\pro-se\sj.jf\hc.05\Rogers069dwlta       3

1   A copy of this ruling was mailed to the following:

2

3   Charles A. Rogers
    H-34159
    CSP - Corcoran
4   P.O. Box 5246
    Fac-D5-135
5   Corcoran, CA  93212

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal with Leave to Amend
P:\pro-se\sj.jf\hc.05\Rogers069dwlta                4