NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES A. ROGERS, | ) | No. C 05-0069 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | REQUEST FOR |
| vs. | ) | CERTIFICATE OF |
| | ) | PROBABLE CAUSE |
| DARREL G. ADAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | (Docket Nos. 26, 27) |

Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 19, 2008, the Court denied the petition on the merits and entered judgment in favor of Respondent. On March 3, 2008, Petitioner filed a request for a certificate of probable cause and a notice of appeal. The Court will construe Petitioner's request as a request for a certificate of appealability and will DENY the certificate of appealability.

///

///

///

Order Denying Petitioner's Request for Certificate of Probable Cause
P:\prose\sj.jf\hc.05\Rogers069coaden          1

# DISCUSSION

Petitioner requests a certificate of probable cause to appeal from the Court's denial of his habeas petition. The Court construes Petitioner's request as a request for a certificate of appealability. A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard. See id. § 2253(c)(3).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 120 S.Ct. 1595, 1604 (2000).

Except for substituting the word "constitutional" for the word "federal," section 2253(c)(2) codified the standard announced by the United States Supreme Court in Barefoot v. Estelle, 463 U.S. 880, 892-93 (1983). Slack, 120 S. Ct. at 1603. In Barefoot, the Court explained that "a substantial showing of the denial of [a] federal right" means that a petitioner "must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner], or that the questions are adequate to deserve encouragement to proceed further." Barefoot, 463 U.S. at 893 n.4 (citations and internal quotations omitted; emphasis in original). Any doubts about whether the Barefoot standard has been met must be resolved in petitioner's favor. Lambright v. Stewart, 220 F.3d 1022, 1024-25 (9th Cir. 2000).

The Court denied the instant petition because Petitioner's claims failed to show any violation of his federal constitutional rights in the underlying state criminal proceedings. Petitioner has failed to demonstrate that jurists of reason would find it debatable whether this Court was correct in its ruling.

Order Denying Petitioner's Request for Certificate of Probable Cause
P:\prose\sj.jf\hc.05\Rogers069coaden       2

1  Accordingly, the Court DENIES Petitioner's request for a certificate of appealability
2  (docket no. 26).

### CONCLUSION

Petitioner's request for a certificate of appealability (docket no. 26) is DENIED. The Clerk shall transmit the file, including a copy of this order, to the Court of Appeals. <u>See</u> Fed. R. App. P. 22(b).[1]

IT IS SO ORDERED.

DATED:   3/14/08

_____
JEREMY FOGEL
United States District Judge

---

[1] Petitioner may then ask the Court of Appeals to issue the certificate, <u>see</u> Fed.R.App.P. 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, <u>see</u> Fed.R.App.P. 22(b)(2).

Order Denying Petitioner's Request for Certificate of Probable Cause
P:\prose\sj.jf\hc.05\Rogers069coaden           3