1
2
3
4
5
6                          NOT FOR CITATION
7              IN THE UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   CHARLES A. ROGERS,                      No. C 05-0069 JF (PR)
11            Petitioner,                    ORDER DENYING PETITIONER'S
                                             MOTION TO PROCEED IN FORMA
12       v.                                  PAUPERIS ON APPEAL AS MOOT
13   DERRAL G. ADAMS, Warden,
14            Respondents.
                                    /        (Docket No. 32)
15
16       Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus
17   pursuant to 28 U.S.C. § 2254.  On February 19, 2008, the Court denied the petition on the merits and
18   entered judgment in favor of Respondent.  On March 3, 2008, Petitioner filed a notice of appeal and
19   a motion for a certificate of appealability.  The Court denied Petitioner's motion for a certificate of
20   appealability on March 19, 2008.  On March 27, 2008, Petitioner filed a motion to proceed in forma
21   pauperis on appeal.  However, the Court notes that Petitioner was granted leave to proceed in forma
22   pauperis on July 8, 2005.  Petitioner's in forma pauperis status will continue on appeal.
23   Accordingly, Petitioner's motion to proceed in forma pauperis on appeal (docket no. 32) is DENIED
24   as moot.
25       IT IS SO ORDERED.
     Dated:   4/22/08
26                                           _____
                                             JEREMY FOGEL
27                                           United States District Judge
28
     Order Denying Petitioner's Motion to Proceed In Forma Pauperis on Appeal as Moot
     P:\PRO-SE\SJ.Jf\HC.05\Rogers069ifpapp.wpd

United States District Court
For the Northern District of California